UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**Oct 21, 2008**

FILED
CLERK'S OFFICE

IN RE: LENDING TREE, LLC, CUSTOMER DATA
SECURITY BREACH LITIGATION

MDL No. 1976

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On October 7, 2008, the Panel transferred two civil actions to the United States District Court for the Western District of North Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Frank D. Whitney.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of North Carolina and assigned to Judge Whitney.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Western District of North Carolina for the reasons stated in the order of October 7, 2008, and, with the consent of that court, assigned to the Honorable Frank D. Whitney.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of North Carolina. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

**Nov 06, 2008**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel

IN RE: LENDING TREE, LLC, CUSTOMER DATA
SECURITY BREACH LITIGATION                                                         MDL No. 1976

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**         **CASE CAPTION**

CALIFORNIA CENTRAL
  CAC  8   08-660            Amy Bercaw, et al. v. Lending Tree, LLC, et al.
  CAC  8   08-755            Geraldine Bradley, et al. v. Lending Tree, LLC et al.
  CAC  8   08-756            Paul Shaver v. Lending Tree, LLC, et al.